IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF<br><br>BIG DRIVE CATTLE, L.L.C.,<br><br>      Debtor,<br>_____<br><br>JAMES A. OVERCASH, Chapter 11 Trustee;<br><br>      Plaintiff,<br><br>  vs.<br><br>CAROL KNISLEY,<br><br>      Defendant. | BK 11-42415<br>CHAPTER 11<br><br><br>4:15CV3039<br><br>ORDER |

This matter is before the Court on the Motion to Withdraw (Filing No. 9) filed by Brian Koerwitz, attorney of record for Plaintiff James A. Overcash, Chapter 11 Trustee. Kari A. F. Scheer has entered an appearance on behalf of Plaintiff. Accordingly,

IT IS ORDERED:

1. The Motion to Withdraw (Filing No. 9) filed by Brian Koerwitz, attorney of record for Plaintiff James A. Overcash, Chapter 11 Trustee, is granted; and

2. The Clerk of Court is directed to terminate Brian Koerwitz's apprearance as counsel for Plaintiff James A. Overcash, Chapter 11 Trustee, and terminate future notices to Mr. Koerwitz in this matter.

Dated this 4th day of May, 2015

                                      BY THE COURT:

                                      s/Laurie Smith Camp<br>                                      Chief United States District Judge