IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF<br><br>BIG DRIVE CATTLE, L.L.C.,<br><br>      Debtor,<br>_____<br><br>JAMES A. OVERCASH, Chapter 11 Trustee;<br><br>      Plaintiff,<br><br>  vs.<br><br>CAROL KNISLEY,<br><br>      Defendant. | BK 11-42415<br>CHAPTER 11<br><br><br><br>4:15CV3039<br><br><br>ORDER |

This matter comes before the court upon the Appellant's Unopposed Motion for Extension of Time to File Appellant's Reply Brief (Filing No. 17). The Court concludes the Motion should be granted, Accordingly,

IT IS ORDERED:

1. The Appellant's Unopposed Motion for Extension of Time to File Appellant's Reply Brief (Filing No. 17) is granted;

2. Appellant's Reply Brief shall be filed on or before July 13, 2015.

Dated this 6th day of July, 2015

                                        BY THE COURT:

                                        s/Laurie Smith Camp<br>                                        Chief United States District Judge